UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JES, INC.                          CIVIL ACTION

VERSUS

SCOTTSDALE INSURANCE COMPANY      NO. 23-00696-BAJ-SDJ

## JUDGMENT

Considering the parties' **Joint Motion To Dismiss With Prejudice (Doc. 18)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 5th day of March, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Jury